WENDY J. OLSON, IDAHO STATE BAR NO. 2696
UNITED STATES ATTORNEY
**KEVIN T. MALONEY, IDAHO STATE BAR NO. 5095**
**ASSISTANT UNITED STATES ATTORNEY**
DISTRICT OF IDAHO
WASHINGTON GROUP PLAZA IV
800 EAST PARK BOULEVARD, SUITE 600
BOISE, ID 83712-7788
TELEPHONE: (208) 334-1211
FACSIMILE:  (208) 334-1413

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>vs.<br><br>The Approximate Amount of $36,500.00 in Seized U.S. Currency (seized from MC and EF)<br><br>             Defendant. | Case No. MS<br><br>**UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE FORFEITURE** |

      The United States of America, by and through Bart M. Davis, United States Attorney and the undersigned Assistant United States Attorney for the District of Idaho, pursuant to 18 U.S.C. § 983, hereby requests that the Court extend the deadline from October 24, 2019 to file a civil forfeiture complaint or take other action in the above case, until November 15, 2020.

UNOPPOSED MOTION TO EXTEND DEADLINE - 1

As background, the United States Attorney's office is currently reviewing an administrative (non-judicial) forfeiture, thus we request filing under an MS number.  This pleading arises from a traffic stop and seizure of currency from MC and EF.  DEA adopted the seizure.  MC filed a claim to the currency, through her attorneys.  When a claimant files against an administrative forfeiture, the agency typically refers the matter to the United States Attorney's office for review.  *See* 18 U.S.C. § 983(a)(3) (requiring the filing of a civil complaint or indictment within 90 days after a filed claim of interest in seized property; but also authorizing an extension for good cause shown or upon agreement of the parties).

AUSA Maloney corresponded with attorneys for MC and EF, Hala Afu and RickTuha, of the Idaho Law Group, who have agreed to the requested extension.

In addition to the agreement, good cause also exists.  The United States continues to review and investigate the filed claim and the related circumstances.  The United States requested additional information from the mentioned attorneys, which request they are considering.  Additional time is required for this continued investigation and consideration.

Accordingly, the Government respectfully requests that the Court grant an extension until November 15, 2019 to file a civil complaint or take other action as contemplated by the statute.

Respectfully submitted this 15th day of October, 2019.

        BART M. DAVIS
        UNITED STATES ATTORNEY
        By:


        */s/ Kevin T. Maloney*
        Kevin T. Maloney
        Assistant United States Attorney

UNOPPOSED MOTION TO EXTEND DEADLINE - 2

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October15, 2019, the foregoing **UNOPPOSED MOTION TO EXTEND DEADLINE** was sent to the Clerk of the Court for filing in the CM/ECF system.

Rick Tuha, attorney for the defendant, received notice via email from this office.

| Rick O. Tuha<br>Idaho Law Group<br>rick@idaholawgroup.com | ☐ United States Mail, postage prepaid<br>☐ fax<br>☐ ECF filing<br>☒ email |
|---|---|

*/s/ Debra Hawker*
Debra Hawker
FSA Paralegal IV

UNOPPOSED MOTION TO EXTEND DEADLINE - 3